# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :     No. 119 MAL 2024
:
Respondent                        :
:     Petition for Allowance of Appeal
:     from the Order of the Superior Court
v.                                :
:
:
WARREN JAMES MAYO, JR.,           :
:
Petitioner                        :

COMMONWEALTH OF PENNSYLVANIA,     :     No. 120 MAL 2024
:
Respondent                        :
:     Petition for Allowance of Appeal
:     from the Order of the Superior Court
v.                                :
:
:
WARREN JAMES MAYO, JR.,           :
:
Petitioner                        :

COMMONWEALTH OF PENNSYLVANIA,     :     No. 121 MAL 2024
:
Respondent                        :
:     Petition for Allowance of Appeal
:     from the Order of the Superior Court
v.                                :
:
:
WARREN JAMES MAYO JR.,            :
:
Petitioner                        :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 8th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.

Justice McCaffery did not participate in the consideration or decision of this matter.